UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60189-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAWTON BLACKWOOD,

        Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION AND GRANTING MOTION TO TRAVEL

This matter came before the Court on Defendant's Motion for Early Termination of Supervised Release or in the Alternative to Allow Travel [DE 141]. The Court having considered the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion for Early Termination is DENIED. It is further

ORDERED that Defendant's Motion to Travel is GRANTED. Defendant shall be permitted to travel to Jamaica provided he complies with all terms and conditions set forth by U.S. Probation.

DONE AND ORDERED in Miami, Florida, this 30th day of May, 2008.

                                                PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
U.S. Probation